1  Clyde A. Thompson, SBN 72920
   Rebecca S. Widen, SBN 219207
2  Sewali K. Patel, SBN 225728
   HAAPALA, ALTURA, THOMPSON & ABERN, LLP
3  1939 Harrison Street, Suite 800
   Oakland, California 94612
4  Tel:    510-763-2324
   Fax:   510-273-8570
5

6  Attorneys For Defendants
   FRIMA STEWART and RANDOLPH HURST        *E-FILED - 10/3/07*
7

8                   UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

10 ULYSSES DAVIS, JR.,                )  Case No.:  C03-4334 RMW (PR)
                                      )
11        Plaintiff,                  )  [] ORDER FURTHER
                                      )  EXTENDING TIME FOR DEFENDANTS
12     vs.                            )  TO FILE DISPOSITIVE MOTIONS
                                      )
13 DIRECTOR OF NURSING FOR MARIN      )
   COUNTY BOARD OF HEALTH DEPT.       )
14 FRIMA STEWART; AND EMPLOYEES OF    )
   MARIN COUNTY MEDICAL DETENTION:    )
15 DR. CHARLES M.D., CHIEF OF NURSING:)
   RANDOLPH HURST, NURSE              )
16 PRACTITIONER: ANNIE MARIE, NURSE   )
   PRACTITIONER: JIM, REGISTERED      )
17 NURSE CARYLON, DOES 1 TO 100,      )
                                      )
18        Defendants.                 )
                                      )
19

20     Good cause appearing, Defendants' Request for Further Extension of Dispositive Motion

21 Deadline is GRANTED. No later than January 11, 2008, defendants must file and serve their

22 dispositive motion(s), or notify the court that defendants are of the opinion that this case cannot

23 be resolved by such a motion. In all other respects, the terms of the Court's April 20, 2006

24 Order of Service remain in effect.

25     IT IS SO ORDERED.

26 Dated: 10/3/07                          *Ronald M. Whyte*
                                           _____
27                                         Judge Ronald M. Whyte

28

1

*Davis v. Director of Nursing For Marin County, et al.,/Case #C03-4334 RMW (PR)*
[] Order Further Extending Time For Defendants To File Dispositive Motions