Clyde A. Thompson, SBN 72920
Rebecca S. Widen, SBN 219207
Sewali K. Patel, SBN 225728
HAAPALA, ALTURA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
FRIMA STEWART and RANDOLPH HURST

*E-FILED - 1/9/08*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| ULYSSES DAVIS, JR.,<br><br>    Plaintiff,<br><br>vs.<br><br>DIRECTOR OF NURSING FOR MARIN COUNTY BOARD OF HEALTH DEPT. <u>FRIMA STEWART</u>; AND EMPLOYEES OF MARIN COUNTY MEDICAL DETENTION: <u>DR. CHARLES M.D.</u>, CHIEF OF NURSING: <u>RANDOLPH HURST</u>, NURSE PRACTITIONER: <u>ANNIE MARIE</u>, NURSE PRACTITIONER: <u>JIM</u>, REGISTERED NURSE <u>CARYLON,</u> DOES 1 TO 100,<br><br>    Defendants. | Case No.: C03-4334 RMW (PR) |
| ULYSSES DAVIS, JR.<br><br>    Plaintiff,<br><br>vs.<br><br>MARIN COUNTY, SGT. FREY, SHERIFF DEPUTY FILIPIAK, SGT. SEYLER, SHERIFF DEPUTY HAYNES, SHERIFF DEPUTY MC KINSIE, SGT. DE LAO, LT. FISHER, SGT. NIESS, SHERIFF ROBERT T. DOYLE, UNDERSHERIFF DENNIS FINNEGAN, CAPTAIN DENNIS MC QUEEN, SHERIFF DEPUTY O'NEIL, SHERIFF DEPUTY MATHISEEN, DEFENDANT MICHAEL SYROID OF MARIN COUNTY CRISIS UNIT, DOES 1 TO 100,<br><br>    Defendants. | Case No. C03-4512 RMW (PR)<br><br>**[PROPOSED] ORDER FURTHER EXTENDING TIME FOR DEFENDANTS TO FILE DISPOSITIVE MOTIONS** |

1   Good cause appearing, Defendants' Request for Further Extension of Dispositive Motion
2   Deadline is GRANTED. No later than March 11, 2008, all defendants must file and serve their
3   dispositive motion(s), or notify the court that defendants are of the opinion that this case cannot
4   be resolved by such a motion. In all other respects, the terms of the Court's April 20, 2007
5   Order of Service shall remain in effect.
6       IT IS SO ORDERED.
7   Dated: 1/9/08

*Ronald M. Whyte*
Judge Ronald M. Whyte

Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570