***E-FILED - 7/3/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULYSSES DAVIS, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>DIRECTOR OF HEALTH SERVICES FRIMA STEWART, et al.,<br><br>    Defendants. | No. C 03-04334 RMW (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Docket No. 80; Docket No. 73 in Consolidated Case No. C 03-4512 RMW) |

On June 9, 2008, requesting an additional 90-day extension of time in which to file his opposition to defendants' motion for summary judgment. Plaintiff has already been granted a 60-day extension of time, giving him a total of 90 days in which to file the opposition. On June 16, 2008, defendants' counsel wrote a letter to the court indicating that defendants had received plaintiff's opposition papers, and requesting an extension of time in which to file a reply brief. Plaintiff states in his letter that he has already filed his opposition to the motion for summary judgment in Case No. 03-4521 RMW, the case that has been consolidated herewith, but the court has not received such an opposition. Therefore, it appears that plaintiff served defendants with his opposition, but did not file it with the court. In any case, there is no summary judgment motion in Case No. 03-4512 RMW, and plaintiff need not file an opposition in that case, only in the present case. Good cause appearing, the court hereby orders as follows:

Plaintiff shall file with the court his opposition to defendants' motion for summary judgment in this case on or before **July 15, 2008**. Defendants **shall** file a reply brief on or before **July 29, 2008**. No further extension of time will be granted.

Granting Extension of Time to File Opposition
G:\PRO-SE\SJ.Rmw\CR.03\Davis4334.eot2.wpd

1  The clerk shall terminate docket number 73 from Case No. 03-4512 RMW, and
2 docket number 80 from this case.
3  IT IS SO ORDERED.

4 Dated: _____7/1/08_____  _____
5                                   RONALD M. WHYTE
                                    United States District Judge

Granting Extension of Time to File Opposition
G:\PRO-SE\SJ.Rmw\CR.03\Davis4334.eot2.wpd           2