IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULYSSES DAVIS, JR.,<br><br>　　　　Plaintiff,<br><br>　　　v<br><br>MARIN COUNTY,<br><br>　　　　Defendants. | Case No C 03-4512 RMW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

　　　A settlement conference in this matter was held on March 9, 2009. The results of that proceeding are indicated below:

(1)　The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

　　☒  Plaintiff

　　☐ Warden or warden's representative

　　☐ Office of the California Attorney General

　　☒ Other: Mike Ridgway, Mendocino County Jail, Renee Giacomini Brewer, Marin County Counsel

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☒ The parties are unable to reach an agreement at this time.

Date: 3/25/09

Nandor J Vadas
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVIS | No. C 03-4512 RMW |
| v. | CERTIFICATE OF SERVICE |
| MARIN | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/25/09, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Ulysses Davis, Jr.**
K24524
CSP Sacramento
B3-117
P.O. Box 290066
Represa, CA 95671

RICHARD W. WIEKING, CLERK

By:/s/_____
         Deputy Clerk

3