*E-FILED - 7/31/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ULYSSES DAVIS, JR., | No. C 03-4334 RMW (PR) |
| Plaintiff, | ORDER APPOINTING COUNSEL |
| v. | |
| MARIN COUNTY JAIL, et al., | |
| Defendants. | |

Plaintiff being in need of counsel to assist him in this matter, and volunteer attorney willing to be appointed to represent plaintiff having been located by the court,

IT IS HEREBY ORDERED THAT Leo P. Cunningham of the law firm Wilson Sonsini Goodrich & Rosati P.C., 650 Page Mill Road, Palo Alto, California 94304, is appointed as counsel for plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1) and the court's Federal Pro Bono Project guidelines.

A status conference is set in this matter for **September 18, 2009 at 10:30 a.m.** to set pretrial and trial dates. The parties are instructed to file a Joint Status Conference Statement, pursuant to Civil L.R. 16-9, seven days prior to the conference. The stay of this matter shall remain in effect until four weeks from the date this order is filed.

Order Appointing Counsel
P:\PRO-SE\SJ.Rmw\CR.03\Davis334appt.atty.wpd

1  The clerk shall serve Mr. Cunningham, as well as the parties, with a copy of this
2  order, and shall update the docket sheet in this matter to reflect plaintiff's new counsel.
3  IT IS SO ORDERED.
4  DATED: 7/30/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Appointing Counsel
P:\PRO-SE\SJ.Rmw\CR.03\Davis334appt.atty.wpd            2