LEO P. CUNNINGHAM, State Bar No. 121605
LEE-ANNE MULHOLLAND, State Bar No. 243999
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email: lcunningham@wsgr.com
Email: lmulholland@wsgr.com

*E-FILED - 9/15/09*

Attorneys for Plaintiff
Ulysses Davis, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ULYSSES DAVIS, JR., | CASE NO.:  5:03-cv-04334-RMW |
| Plaintiff, | **STIPULATION AND []** |
| v. | **ORDER CONTINUING STATUS CONFERENCE** |
| MARIN COUNTY JAIL, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 6-2, Plaintiff Ulysses Davis, Jr. ("Plaintiff") and Defendants Marin County Jail, Marin County Sheriff's Department, Marin County Sheriff Deputy Larry Filipiak, Marin County Sheriff Sergeant Kenneth W. Frey, Marin County Sheriff Deputy Shay Haynes, Marin County Sheriff Deputy Hank McKenzie, Marin County Sheriff Sergeant Steve de la O, Marin County Sheriff Deputy Mike O'Neill, Marin County Sheriff Sergeant Patricia Seyler-Campbell, hereby stipulate and jointly request that the Court continue the status conference.  The parties jointly declare the following in support of this request:

WHEREAS counsel for Plaintiff was appointed by the Court on July 31, 2009;

WHEREAS in this action a status conference has been set for September 18, 2009;

1   WHEREAS undersigned counsel for Plaintiff is unavailable to attend the status
2   conference due to a conflicting obligation;
3   NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among
4   counsel for the respective parties hereto, subject to the approval of the Court:
5      1.   The status conference, presently set for September 18, 2009, shall be vacated.
6      2.   The clerk shall reschedule the status conference for 10:30 a.m. on October 2,
7   2009, or the earliest date thereafter that is acceptable to the Court.
8      3.   The parties' joint status conference statement, pursuant to Civil Local Rule 16-9,
9   shall be due seven days prior to the rescheduled status conference.

Dated:  August 27, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:   /s/ Leo P. Cunningham
      Leo P. Cunningham
      lcunningham@wsgr.com

Attorneys for Plaintiff
Ulysses Davis, Jr.


Dated:  August 18, 2009

COUNTY COUNSEL OF MARIN COUNTY


By:   /s/ Renee Giacomini Brewer
      Renee Giacomini Brewer
      rbrewer@co.marin.ca.us

Attorneys for Defendants
Marin County Jail, Marin County Sheriff's Department, Marin County Sheriff Deputy Larry Filipiak, Marin County Sheriff Sergeant Kenneth W. Frey, Marin County Sheriff Deputy Shay Haynes, Marin County Sheriff Deputy Hank McKenzie, Marin County Sheriff Sergeant Steve de la O, Marin County Sheriff Deputy Mike O'Neill, Marin County Sheriff Sergeant Patricia Seyler-Campbell

**[] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  9/15/09

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
United States District Judge

STIPULATION AND [] ORDER
CONTINUING STATUS CONFERENCE                 -3-

## ECF CERTIFICATION

I, Leo P. Cunningham, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE.  In compliance with General Order 45.X.B, I hereby attest that Renee Giacomini Brewer has concurred in this filing.

Dated:  August 27, 2009                              WILSON SONSINI GOODRICH & ROSATI
                                                                            Professional Corporation


                                                                            By:       /s/ Leo P. Cunningham
                                                                                         Leo P. Cunningham