**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8   IN THE UNITED STATES DISTRICT COURT
9   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
12   ULYSSES DAVIS, JR.,

Plaintiff,

v

MARIN COUNTY JAIL, et al.,

Defendants.

Case No C 03-4334 RMW (NJV)

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on April 30, 2010. The results of that proceeding are indicated below:

(1)   The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff's counsel Leo Cunningham and Lee-Anne Mulhollond

☐ Warden or warden's representative

☐ Office of the California Attorney General

☒ Other: Renee Giacomini Brewer, Marin County Counsel's Office

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☒ The parties are unable to reach an agreement at this time.

Date:  5/11/10

                                       Nandor J Vadas
                                       United States Magistrate Judge

**United States District Court**
For the Northern District of California