PATRICK K. FAULKNER, COUNTY COUNSEL
Renee Giacomini Brewer, SBN 173012
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

Attorney(s) for Marin County, Frey,
Filipiak, Seyler, Haynes, O'Neil, de la O,
and McKenzie,

*E-FILED - 5/13/10*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ulysses Davis, Jr., <br><br> Plaintiff, <br><br> v. <br><br> Marin County, et al., <br><br> Defendant | Case No.: C 03-04334 RMW <br><br> STIPULATION AND [] ORDER FOR ADMINISTRATIVE RELIEF FROM CURRENT DISPOSITIVE MOTION HEARING DATE <br> (CIV. LOCAL RULE 7-12) |

Pursuant to Civil Local Rule 7-12, Defendants County of Marin, Sgt. Kenneth Frey, Sgt. Patricia Seyler-Campbell, Sgt. Steve de la O, Deputy Larry Filipiak, Deputy Mike O'Neill, Deputy Shay Haynes and Deputy Hank McKenzie ("Defendants") and Plaintiff Ulysses Davis, Jr. (Plaintiff) hereby stipulate and jointly request that the Court vacate the June 25, 2010 deadline for hearing a dispositive motion and re-set that date for August 6, 2010. The parties, hereto and through their respective attorneys of record stipulate to the following;

1. The action is a civil rights action filed against seven individual Marin County Sheriff's Officers and the County of Marin.  The Plaintiff is seeking punitive damages against the individual defendants.

2. Plaintiff is currently housed at Corcoran State Prison.  Plaintiff's Deposition is set for June 15, 2010.

3. Plaintiff has noticed depositions of Defendants and witnesses until June 25, 2010.

4. The Court ordered June 25, 2010 the last day for the Court to hear dispositive motions. Motions would have to be filed by May 21, 2010.
5. The parties respectfully ask this Court to hear dispositive motions on August 6, 2010 so that the parties can complete depositions.
6. Dispositive Motions shall be filed on July 2, 2010.
7. Oppositions to Dispositive Motions shall be filed on July 16, 2010.
8. Reply briefs shall be filed on July 23, 2010.

Dated: May 11, 2010                           PATRICK K. FAULKNER
                                              COUNTY COUNSEL


                                              By: /S/_____
                                                  Renee Giacomini Brewer
                                                  Deputy County Counsel


Dated: May 11, 2010                           WILSON SONSINI GOODRICH & ROSATI



                                              By: /S/_____
                                                  Lee-Anne Mulholland



### ORDER

PURSUANT TO STIPULATION, and good cause appearing therefore, this Court Orders dispositive motions to be heard on August 6, 2010.   *

IT IS SO ORDERED:


Dated: 5/13/10                                _____
                                              THE HONORABLE RONALD M. WHYTE
                                              United States District Judge

*The Court vacates the current trial date and pretrial deadlines. The Court resets the following dates:
- Jury Trial set for 10/25/10 at 1:30 pm
- Pretrial Conference set for 10/14/10 at 2:00 pm - Joint Pretrial Statement due 10/8/10.