LEO P. CUNNINGHAM, State Bar No. 121605
LEE-ANNE MULHOLLAND, State Bar No. 243999
JEFFREY P. PALMER, State Bar No. 229314
NEMA MILANINIA, State Bar No. 253698
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email: lcunningham@wsgr.com
Email: lmulholland@wsgr.com
Email: jpalmer@wsgr.com

Attorneys for Plaintiff
Ulysses Davis, Jr.

*E-FILED - 6/23/10*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULYSSES DAVIS, JR.,<br><br>                    Plaintiff,<br><br>          v.<br><br>MARIN COUNTY JAIL, et al.,<br><br>                    Defendants. | CASE NO.:  5:03-cv-04334-RMW<br><br>**STIPULATION AND [ XXXXXXX ]<br>ORDER OF DISMISSAL WITH<br>PREJUDICE** |

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY

2   STIPULATED by and between plaintiff Ulysses Davis, Jr., and defendants Marin County Jail,

3   Marin County Sheriff's Department, Marin County Sheriff's Deputies, and Members of the Marin

4   County Board of Supervisors, Marin County Sheriff Deputy Larry Filipiak, Marin County Sheriff

5   Sergeant Kenneth W. Frey, Marin County Sheriff Deputy Shay Haynes, Marin County Sheriff

6   Deputy Hank McKenzie, Marin County Sheriff Sergeant Steve de la O, Marin County Sheriff

7   Deputy Mike O'Neill, and Marin County Sheriff Sergeant Patricia Seyler-Campbell, the parties to

8   the above-entitled action, that the above-captioned action is hereby dismissed with prejudice in its

9   entirety.  Each party shall bear its own costs and fees.

10

11  Dated: June 11, 2010                          WILSON SONSINI GOODRICH & ROSATI
                                                   Professional Corporation
12

13

14                                                 By:   /s/Lee-Anne Mulholland
                                                         Lee-Anne Mulholland
15                                                       lmulholland@wsgr.com

16

17

18

19  Dated: June 11, 2010                          COUNTY COUNSEL OF MARIN COUNTY

20

21                                                 By:   /s/Renee Giacomini Brewer
                                                         Renee Giacomini Brewer
22                                                       rbrewer@co.marin.ca.us

23                                                 Attorneys for Defendants
                                                   Marin County Jail, Marin County Sheriff's
24                                                 Department, Marin County Sheriff Deputy
                                                   Larry Filipiak, Marin County Sheriff Sergeant
25                                                 Kenneth W. Frey, Marin County Sheriff
                                                   Deputy Shay Haynes, Marin County Sheriff
26                                                 Deputy Hank McKenzie, Marin County Sheriff
                                                   Sergeant Steve de la O, Marin County Sheriff
27                                                 Deputy Mike O'Neill, Marin County Sheriff
                                                   Sergeant Patricia Seyler-Campbell
28

ⅼXXXXXXXX **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  6/23/10

*Ronald M. Whyte*

THE HONORABLE RONALD M. WHYTE
United States District Judge

1

## ECF CERTIFICATION

2  I, Lee-Anne Mulholland, am the ECF User whose identification and password are being used to

3  file this STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE.  In

4  compliance with General Order 45.X.B, I hereby attest that Renee Giacomini Brewer has

5  concurred in this filing.

6

7  Dated:  June 11, 2010                              WILSON SONSINI GOODRICH & ROSATI

8                                                     Professional Corporation

9

10                                                    By:   /s/Lee-Anne Mulholland
                                                          LEE-ANNE MULHOLLAND

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28